**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HEATHER HARDY,<br><br>*Plaintiff,*<br><br>*v.*<br><br>JAKE JOSEPH PAUL; MOST VALUABLE PROMOTIONS, LLC; and BRYCE HOLDEN.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>3:26-cv-03231-K |

**CERTIFICATE OF SERVICE**

On September 23, 2026, Plaintiff filed the Complaint (ECF No. 1), Exhibits A and B (ECF Nos. 1-1 and 1-2), Civil Cover Sheet (ECF No. 1-3), Certificate of Interested Persons (ECF No. 2), and Summonses (ECF No. 6) with the Clerk of Court for the United States District Court for the Northern District of Texas.

I hereby certify that I served these documents on counsel for Defendant Jake Joseph Paul on September 30, 2026, by a manner authorized by Federal Rule of Civil Procedure 4(e)(2)(C). Defendant's counsel represented that he was authorized to accept service on behalf of his client and accepted service electronically.

Dated: October 8, 2026
New York, New York

ChaudhryLaw PLLC

By: */s/ Justin Mungai*
Justin Mungai
(Admitted *pro hac vice*)

147 West 25th Street, 12th Floor
New York, New York 10001
Tel: (212) 785-5550

justin@chaudhrylaw.com

*Attorneys for Plaintiff*
*Heather Hardy*