# APPENDIX

*Heather Hardy v. Jake Joseph Paul, et. al.*, Civil Action No. 3:26-cv-03231-K


| DOCUMENT | DESCRIPTION | DATE | PAGE NUMBER |
|---|---|---|---|
| MUNGAI AFFIRMATION | Affirmation of Justin Mungai in Support of Plaintiff Heather Hardy's Motion for an Order Granting the Use of an Alternative Means of Service of Process on Defendants Holden Boxing LLC And Bryce Holden Pursuant to Federal Rule of Civil Procedure 4(e) | November 9, 2026 | 1 |
| EXHIBIT A | Proof of Non-Service to Bryce Holden via Certified Mail, Return Receipt Requested | October 8, 2026 | 4 |
| EXHIBIT B | Affidavit of Non-Service to Bryce Holden | October 15, 2026 | 6 |
| EXHIBIT C | Affidavit of Non-Service to Bryce Holden | October 29, 2026 | 8 |
| EXHIBIT D | Bryce Holden LinkedIn Profile | November 6, 2026 | 10 |
| EXHIBIT E | Affidavit of Non-Service to Holden Boxing LLC | October 6, 2026 | 12 |
| EXHIBIT F | Affidavit of Non-Service to Holden Boxing LLC | October 29, 2026 | 14 |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HEATHER HARDY,<br><br>*Plaintiff*,<br><br>*v.*<br><br>JAKE JOSEPH PAUL; MOST VALUABLE PROMOTIONS, LLC; HOLDEN BOXING LLC; and BRYCE HOLDEN,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>3:26-cv-03231-K |

**AFFIRMATION OF JUSTIN MUNGAI IN SUPPORT OF PLAINTIFF HEATHER HARDY'S MOTION FOR AN ORDER GRANTING THE USE OF AN ALTERNATIVE MEANS OF SERVICE OF PROCESS ON DEFENDANTS HOLDEN BOXING LLC AND BRYCE HOLDEN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(e)**

JUSTIN MUNGAI, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am an attorney and Counsel at the law firm ChaudhryLaw PLLC, attorneys for Plaintiff Heather Hardy in the above-captioned action.

2. I respectfully submit this Affirmation in support of Plaintiff's Motion for an Order Granting the Use of an Alternative Means of Service of Process on Defendants Holden Boxing LLC ("Holden Boxing") and Bryce Holden ("Holden") Pursuant to Federal Rule of Civil Procedure 4(e).

**<u>Service Attempts on Holden</u>**

3. On July 29, 2026, a paralegal at ChaudhryLaw PLLC contacted 1SkipTrace for skip trace services vis-à-vis Bryce Holden. On the same date, 1SkipTrace provided our Firm

with a list of possible addresses for Bryce Holden. The two most recent addresses from the search were two New York addresses: 148 10th Avenue, Apartment 4C, New York, New York 10011 (the "10th Avenue Apartment"), from September 2023 through at least June 2025; and 647 East 11th Street, Apartment 19, New York, New York 10009 (the "East 11th Street Apartment"), from June 2022 through at least October 2023.

4. After Ms. Hardy filed her Complaint on September 28, 2026, ChaudhryLaw PLLC engaged a process server on Ms. Hardy's behalf to serve Holden. As the process servers' affidavits of non-service make clear, Ms. Hardy attempted to serve Holden at his two most recent addresses. Each one of those efforts failed.

5. Attached hereto as **Exhibit A** is a true and correct copy of the process server's affidavit of non-service on Holden, dated October 8, 2026.

6. Attached hereto as **Exhibit B** is a true and correct copy of the process server's affidavit of non-service on Holden, dated October 15, 2026.

7. Attached hereto as **Exhibit C** is a true and correct copy of the process server's affidavit of non-service on Holden, dated October 29, 2026.

8. Ms. Hardy has not found any other address for Holden despite exercising reasonable diligence in executing a search. However, Holden's LinkedIn profile places him in New York, and lists him currently as Most Valuable Promotions, LLC's Chief Operating Officer and as Holden Boxing's Principal since 2017. Attached hereto as **Exhibit D** is a true and correct copy of a screenshot Holden's LinkedIn profile, taken on November 6, 2026.

**<u>Service Attempts on Holden Boxing</u>**

9. Holden Boxing is an entity registered in the State of Oklahoma. Ms. Hardy first attempted service of process on the entity's address listed on the Oklahoma Secretary of State's website—8211 East Regal Place, Suite 100-103, Tulsa, Oklahoma 74133 (the "Regal Place

Office"). As the process server's affidavit of non-service makes clear, Holden Boxing is no longer present at that address. This service attempt therefore failed.

10. Attached hereto as **Exhibit E** is a true and correct copy of the process server's affidavit of non-service on Holden Boxing, dated October 6, 2026.

11. Thereafter, on October 13, 2026, Ms. Hardy, through ChaudhryLaw PLLC, engaged 1SkipTrace to find additional addresses for Holden Boxing. That search yielded the following address for Holden Boxing—3164 East 88th Street, Tulsa, Oklahoma 74137 (the "88th Street Address"). Service efforts at that address also failed.

12. Attached hereto as **Exhibit F** is a true and correct copy of the process server's affidavit of non-service on Holden Boxing, dated October 28, 2026.

**Communication with Holden Boxing's Insurer, Zurich Insurance Group**

13. On October 6, 2026, Ms. Hardy's undersigned counsel communicated with a representative of Zurich Insurance Group—Tina Farris—to schedule a call to discuss Ms. Hardy's allegations against Holden Boxing.

14. On October 13, Ms. Farris and I had a brief discussion regarding this case. Ms. Farris informed me that Holden Boxing had not authorized her to accept service on its behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 9, 2026.



Justin Mungai

# EXHIBIT A

FEDERAL COURT OF THE STATE OF TEXAS FOR DALLAS COUNTY

| | |
|---|---|
| **Heather Hardy**<br>Plaintiff/Petitioner<br>vs.<br>**Jake Joseph Paul; et al.**<br>Defendant/Respondent | Case No.: **3:26-cv-03231-K**<br><br>DECLARATION OF SERVICE OF<br>**Citation; Petition; CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT; SUMMONS; COMPLAINT; CIVIL COVER SHEET; EXHIBITS** |

Received by **Amanda Simmons**, on the **8th day of October, 2026 at 10:11 AM** to be served upon **Bryce Holden** at **647 E 11th St Apt 19, New York, NY 10009-4148**.

On the **8th day of October, 2026 at 10:11 AM** I, **Amanda Simmons, SERVED Bryce Holden** at **647 E 11th St Apt 19, New York, NY 10009-4148** in the manner indicated below:

Service Fee Total: **$ 0.00**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Served via Certified mail with Return Receipt Requested article number**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

*/s/ Amanda Simmons* October 8, 2026

Name: Amanda Simmons Server ID # Date

REF: **Heather Hardy**

Tracking #: **0245416357** PDX

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-CV-03231-K

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Bryce D Holden was received by me on *(date)* Oct 8, 2026, 11:33 am.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* ____________________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or
- [X] I returned the summons unexecuted because: Spoke to the current tenant Brian that lives there is for that last 3 year. Brian said he don't know who Bryce is. ; or
- [ ] Other: Spoke to the current tenant Brian that lives there is for that last 3 year. Brian said he don't know who Bryce is. ; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 10/15/2026

A Dillard

*Server's signature*

ADONIJAH DILLARD 2135686-DCWP

*Printed name and title*

ONE WORLD TRADE CENTER 85TH FLOOR, NEW YORK, NY 10007

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 8, 2026, 3:56 pm EDT at Service Address: 647 E 11th St, Apt 19, New York, New York 10009

2) Unsuccessful Attempt: Oct 9, 2026, 10:37 am EDT at Service Address: 647 E 11th St, Apt 19, New York, New York 10009
Spoke to the current tenant Brian that lives there is for that last 3 year. Brian said he don't know who Bryce is.

# EXHIBIT C

CAUSE NO. 3:26-CV-03231-K

| | | |
|---|---|---|
| HEATHER HARDY | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, |
| | § | |
| JAKE JOSEPH PAUL, ET AL | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS |

## AFFIDAVIT OF DUE DILIGENCE

"The following came to hand on **Oct 26, 2026, 1:38 pm**,

CERTIFICATE OF INTERESTED PERSON/DISCLOSURE STATEMENT , CIVIL COVER SHEET , COMPLAINT , EXHIBIT A , EXHIBIT B , SUMMONS IN A CIVIL ACTION ,

For delivery to Bryce Holden

1) Unsuccessful Attempt: Oct 27, 2026, 7:51 am EDT at Service Address: 148 10th Ave apt 4c, New York, New York 10011

No longer at location

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Michael Gorman**, I am at least 18 years old, and my address is **ONE WORLD TRADE CENTER 85TH FLOOR, NEW YORK, NY 10007**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in County, State of , on **October 29, 2026.**

Michael Gorman
Certification Number: 1381333

# EXHIBIT D

Bryce Holden
COO | Most Valuable Promotions



## Bryce Holden · 3rd

Most Valuable Promotions

COO | Most Valuable Promotions
New York, United States · Contact info
457 connections

Message + Follow

## Activity

Follow

499 followers

Bryce Holden commented on a post • 8mo

Marc,

Has been a pleasure to work with you over the years. My hope is we can do so again in future. Best of lu... more

Show all

## Experience

**Chief Operating Officer**
Most Valuable Promotions · Full-time
Feb 2024 - Present · 2 yrs 10 mos
Present

**Principal**
Holden Boxing · Full-time
Jan 2017 - Jan 2025 · 8 yrs 1 mo

**President**
Onyx The Agency · Full-time
Jan 2019 - Feb 2023 · 4 yrs 2 mos

## Education

The University of Tulsa

## Recommendations

LinkedIn
See who's hiring on LinkedIn

More profiles

Nakisa B
Investment,
Entertainme
Mess

Mitch Gl
Next-Gen S
& Employee
Conn

Bryan M
Sr. Director
Paul's Most
Mess

Mike Lea
MVP
Mess

Rick Torr
Most Valual
Mess

Sho

Explore Premium

Baleigh
J.D., Esquir
in DC, MD &
Mess

Josh Sh
Senior Asso
Cadwalader
Conn

Madison
Associate a

# EXHIBIT E

Civil Action No. **3:26-cv-03231-K**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Holden Boxing LLC**
was received by me on **10/06/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED PERSONS/DISCLOSURE STATEMENT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **8211 E Regal Pl STE 100-103, Tulsa, OK 74133**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date: 10/06/2026

[signature]

*Server's signature*

**Kellen Donnelly**

*Printed name and title*

**4408 E 67th street**
**Tulsa, OK 74136**

*Server's address*

Additional information regarding attempted service, etc:

**10/6/2026 2:25 PM: I spoke with an individual who refused to give their name who identified themselves as the corporate officer and they stated subject moved. The individual appeared to be a female contact. The individual I spoke with works for Regus which is an international company that rents out offices to individuals and companies. This is a corporate building that leases space to companies. Holden Boxing LLC had a virtual office at these premises that is no longer here. The Perosn has no idea where their new address is.**

Tracking #: **0245015667**

# EXHIBIT F

CAUSE NO. 3:26-CV-03231-K

| | | |
|---|---|---|
| HEATHER HARDY | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, |
| | § | |
| JAKE JOSEPH PAUL, ET AL | § | |
| Defendant. | § | IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISON |

## AFFIDAVIT OF DUE DILIGENCE

"The following came to hand on **Oct 13, 2026, 5:24 pm,**

**SUMMONS WITH PROOF OF SERVICE , EXHIBIT B , EXHIBIT A , COMPLAINT , CIVIL COVER SHEET , CERTIFICATE OF INTERESTED PERSON/DISCLOSURE STATEMENT ,**

For delivery to Holden Boxing LLC

1) Unsuccessful Attempt: Oct 15, 2026, 11:31 am CDT at Service Address: 3164 E 88th St, Tulsa, Oklahoma 74137

Gated community. Security guard let me in but no one would answer the door. Car is in driveway.

2) Unsuccessful Attempt: Oct 20, 2026, 1:07 pm CDT at Service Address: 3164 E 88th St, Tulsa, Oklahoma 74137

The property has a locked gate and therefore access is very limited. I have attempted service on multiple occasions with no success due to the locked gate except on one occasion. The one time I was able to make it through, there was no response but I learned that this home belongs to a woman named Tina. I was able to obtain a phone number. Any time I call, she declines them and she will not respond to my messages.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Laquita Bollinger (PSS-26-20)**, I am at least 18 years old, and my address is , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Tulsa County, State of OK, on **October 28, 2026.**

[signature]

Laquita Bollinger (PSS-26-20)